**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

RYAN BONNEAU,

          Petitioner - Appellant,

  v.

J. E. THOMAS,

          Respondent - Appellee.

No. 12-35861

D.C. No. 3:11-cv-01347-BR

MEMORANDUM[*]

Appeal from the United States District Court
for the District of Oregon
Anna J. Brown, District Judge, Presiding

Submitted May 13, 2014[**]

Before:    CLIFTON, BEA, and WATFORD, Circuit Judges.

    Federal prisoner Ryan Bonneau appeals pro se from the district court's

judgment denying his 28 U.S.C. § 2241 habeas petition and its order denying his

motion to set aside the judgment. We dismiss the appeal as moot.

    Bonneau contends that his due process rights were violated at a prison

---

    [*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

    [**]    The panel unanimously concludes this case is suitable for decision
without oral argument. See Fed. R. App. P. 34(a)(2).

disciplinary hearing in April 2011 that resulted in the loss of seven days of good-conduct time and the loss of telephone privileges. After filing his section 2241 petition, Bonneau completed the custodial portion of the sentence that he was serving at the time of the disciplinary hearing and was placed on supervised release. The record further reflects that, in December 2013, the district court revoked supervised release and imposed a new sentence. Because there is no injury than can be redressed with a favorable decision, the case is moot. *See Burnett v. Lampert*, 432 F.3d 996, 1000-01 (9th Cir. 2005).

**DISMISSED.**